

# GIRVIN & FERLAZZO, PC
### ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Karen S. Norlander*
*Special Counsel*

*ksn@girvinlaw.com*

April 13, 2012

<u>Via CM/ECF</u>

Hon. Randolph F. Treece, U.S. Magistrate Judge
USDC – Northern District of New York
James T. Foley – U.S. Courthouse
445 Broadway
Albany, New York 12207-2924

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 16 2012

LAWRENCE K. BAERMAN, CLERK
ALBANY

Re: *S.M., individually and as parent and next friend of F.M., a child with a disability v. Taconic Hills Central School District*
Docket No.: 1:11-cv-1419 (LEK/RFT)

Dear Magistrate Treece:

Our firm represents the Defendant in the above referenced matter. With respect to the above referenced civil action, and in accordance with the rules of the New York State Education Department, Office of State Review, we seek the Court's consent to have the Office of the State Review forward the original administrative record in the above referenced proceeding directly to the Court.

Should the Court require any additional information or have any questions or concerns, please do not hesitate to contact our office.

Thank you.

Respectfully submitted,

GIRVIN & FERLAZZO, P.C.

By: _____
Karen S. Norlander

So Ordered: _____  4/13/2012
Magistrate Judge Randolph F. Treece

cc: Jason Sterne, Esq. (via cm/ecf only)